

```
McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>193 MISCELLANEOUS FIREARMS AND MISCELLANEOUS AMMUNITION SEIZED ON JUNE 21, 2006, MORE PARTICULARLY DESCRIBED IN EXHIBIT 'A' ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE,<br><br>Defendants. | 1:07-CV-00015-OWW-SMS<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a Verified Complaint of Forfeiture *In Rem* has been filed on January 3, 2007 in the United States District Court for the Eastern District of California, alleging that the defendant 193 miscellaneous firearms and miscellaneous ammunition seized on June 21, 2006, more particularly described in Exhibit 'A' attached hereto and incorporated herein by reference (hereafter "defendant firearms and ammunition") are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1) for violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(1)(A);

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Alcohol, Tobacco, Firearms and Explosives Special Agent Monika Uchiyama, there is probable cause to believe that the defendant firearms and ammunition so described constitute

properties that are subject to forfeiture for such violation(s), and that grounds for issuance of a warrant for arrest of articles *in rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant firearms and ammunition.

DATED: 1/3/07

SANDRA M. SNYDER
United States Magistrate Judge

**EXHIBIT A**

The defendant firearms and ammunition are as follows: 193 miscellaneous firearms and miscellaneous ammunition seized on June 21, 2006:

1. Smith & Wesson, Cal: 9, Model: 59, SN: A708582;
2. Smith & Wesson, Cal: 9, Model: 59, SN: A399867;
3. Ruger, Cal: 45, Model: Vaquero, SN: 58-32834;
4. Ruger, Cal: 45, Model: 00555, SN: 58-32833;
5. Fie, Cal: 380, Model: 380, SN: BH16528;
6. Llama (Gabilondo & CIA), Cal: 45, Model: Max I, SN: 71-0407244-01;
7. Llama (Gabilondo & CIA), Cal: 45, Model: Max I, SN: 71-0407241-01;
8. Walther, Cal: 22, Model: TPH, SN: H000921;
9. Glock GMBH, Cal: 45, Model: 21, SN: CFV820US;
10. Taurus, Cal: 22, Model: PT-22, SN: ARG84153;
11. Rossi, Cal: 38, Model: Unknown, SN: E027536;
12. Smith & Wesson, Cal: 9, Model: 910, SN: VJ5F5541;
13. Beretta USA Corp., Cal: 9, Model: 92 FS, SN: BER429476;
14. Ruger, Cal: 44, Model: Super Black Hawk, SN: 84-93287;
15. Glock GMBH, Cal: 9, Model: 17, SN: ADD440US;
16. North American Arms, Cal: 22, Model: N/N, SN: L062805;
17. Colt, Cal: 45, Model: M1991-A1, SN: 2776035;
18. Colt, Cal: 45, Model: M1991-A1, SN: CV17565;
19. Colt, Cal: 45, Model: M1991-A1, SN: 2792756;
20. Smith & Wesson, Cal: 44, Model: 629-4, SN: CAL0855;
21. Ruger, Cal: 22, Model: 10-22, SN: 241-83717;
22. Phoenix Arms Co., Cal: 25, Model: Raven, SN: 3052054;
23. Raven Arms, Cal: 25, Model: MP 25, SN: 1833059;
24. Lorcin Engineering, Cal: 22, Model: L22, SN: 022606;
25. Colt, Cal: 45, Model: M1991-A1, SN: 2795487;

| | | |
|---|---|---|
| 1 | 26. | KelTec, CNC Industries, Inc., Cal: 32, Model: P-32, SN: 29152; |
| 2 | 27. | Phoenix Arms Co., Cal: 25, Model: Raven Model, SN: 31052425; |
| 3 | 28. | Smith & Wesson, Cal: 45, Model: 686, SN: CDW9046; |
| 4 | 29. | Jennings Firearms, Cal: 380, Model: Bryco 38, SN: 591426; |
| 5 | 30. | Jennings Firearms, Cal: 25, Model: L25, SN: 551872; |
| 6 | 31. | Lorcin Engineering, Cal: 22, Model: None, SN: 022618; |
| 7 | 32. | Smith & Wesson, Cal: 38, Model: 64-1, SN: D659733; |
| 8 | 33. | North American Arms, Cal: 22, Model: None, SN: L048409; |
| 9 | 34. | Jennings Firearms, Cal: 9, Model: Bryco 59, SN: 800184; |
| 10 | 35. | Fie, Cal: 25, Model: Titan Model, SN: ED88103; |
| 11 | 36. | Ruger, Cal: 22, Model: Single Six, SN: 65-37086; |
| 12 | 37. | Weatherby, Cal: 300, Model: Mark V, SN: 31970; |
| 13 | 38. | Ruger, Cal: 300, Model: Mark II, SN: 790-35451; |
| 14 | 39. | Ruger, Cal: 223, Model: Mini 14, SN: 186-92246; |
| 15 | 40. | Ruger, Cal: 223, Model: Mini 14, SN: 186-94150; |
| 16 | 41. | Remington Arms Company, Inc., Cal: 22, Model: 587, SN: 2722378; |
| 17 | 42. | Ruger, Cal: 300, Model: M77, SN: 790-44746; |
| 18 | 43. | Mossberg, Cal: 20, Model: 500, SN: 20001726; |
| 19 | 44. | Benelli, S. PA., Cal: 12, Model: Nova, SN: Z241691; |
| 20 | 45. | Winchester, Cal: 45, Model: 94AE, SN: 6552995; |
| 21 | 46. | Mossberg, Cal: 12, Model: 88, SN: MV65763G; |
| 22 | 47. | Beretta USA Corp., Cal: 12, Model: AL391, SN: 0508DU2003; |
| 23 | 48. | Ithaca Gun Co., Cal: 12, Model: 37, SN: NWTF2000-1530; |
| 24 | 49. | Beretta, Pietro S.P.A., Cal: 12, Model: AL391, SN: AG040734; |
| 25 | 50. | Heckler and Koch, Cal: 12, Model: Rabarm, SN: 3124DU2001; |
| 26 | 51. | Bersa, Cal: 380, Model: 380 Thunder, SN: 750729; |
| 27 | 52. | Mossberg, Cal: 12, Model: Mobility 500, SN: R469707; |
| 28 | 53. | Benelli, S. PA., Cal: 12, Model: Nova, SN: 2004DU3072; |

| | | |
|---|---|---|
| 1 | 54. | Remington Arms Company, Inc., Cal: 12, Model: Premier, SN: PC781655; |
| 2 | 55. | Marlin Firearms Co., Cal: 22, Model: 60, SN: 20420335; |
| 3 | 56. | F.N. (FN Herstal), Cal: 5, Model: Unknown, SN: 386118676; |
| 4 | 57. | Smith & Wesson, Cal: 38, Model: 36, SN: 49069; |
| 5 | 58. | Sig-Arms, Cal: 9, Model: 226, SN: U602724; |
| 6 | 59. | High Standard, Cal: 22, Model: R-103, SN: 1257447; |
| 7 | 60. | Smith & Wesson, Cal: 357, Model: 66, SN: CFN2929; |
| 8 | 61. | Smith & Wesson, Cal: 40, Model: 4006, SN: VMM1379; |
| 9 | 62. | Sig-Arms, Cal: 22, Model: Trailside, SN: E0016760; |
| 10 | 63. | Glock GMBH, Cal: 9, Model: A, SN: HAV546; |
| 11 | 64. | Smith & Wesson, Cal: 38, Model: None, SN: CHL9480; |
| 12 | 65. | KelTec, CNC Industries, Inc., Cal: 40, Model: P40, SN: 95227; |
| 13 | 66. | Ruger, Cal: 9, Model: P95DC, SN: 311-14571; |
| 14 | 67. | Sig-Arms, Cal: **, Model: 220, SN: G315228; |
| 15 | 68. | Taurus, Cal: 22, Model: PT-22, SN: ARE81800; |
| 16 | 69. | Ruger, Cal: 22, Model: MKII, SN: 222-69559; |
| 17 | 70. | Heritage Mfg. Inc., Cal: 22, Model: Raleigh Rider, SN: J30638; |
| 18 | 71. | Colt, Cal: 45, Model: MKIV, SN: 46621B70; |
| 19 | 72. | Sig-Arms, Cal: 40, Model: P229, SN: AD10956; |
| 20 | 73. | Smith & Wesson, Cal: 45, Model: 4506, SN: TDC8875; |
| 21 | 74. | Colt, Cal: 9, Model: 2000, SN: PF17452; |
| 22 | 75. | Beretta USA Corp., Cal: 40, Model: 9000S, SN: SN005395; |
| 23 | 76. | E.A. Brown Manufacturing, Cal: **, Model: EASA, SN: E26126; |
| 24 | 77. | Smith & Wesson, Cal: 38, Model: Lady Smith, SN: CHB8629; |
| 25 | 78. | Colt, Cal: 45, Model: Anaconda, SN: MM33792; |
| 26 | 79. | IMEZ (Izhevsky Mechanical Works), Cal: 9, Model: IJ70-18AH, SN: RM301179; |
| 27 | 80. | Smith & Wesson, Cal: 44, Model: M629-2, SN: BDT3081; |
| 28 | 81. | Beretta, Pietro S.P.A., Cal: 9, Model: 84F, SN: E74022Y; |

| | | |
|---|---|---|
| 1 | 82. | Ruger, Cal: 9, Model: P95DC, SN: 311-67422; |
| 2 | 83. | Ruger, Cal: 45, Model: P97DC, SN: 663-D9298; |
| 3 | 84. | Colt, Cal: 177, Model: 1911 A1, SN: F8424887; |
| 4 | 85. | Glock GMBH, Cal: 40, Model: 27, SN: FKT443; |
| 5 | 86. | Colt, Cal: 45, Model: 1991A1, SN: CV16624; |
| 6 | 87. | Smith & Wesson, Cal: 9, Model: 6904, SN: THD7076; |
| 7 | 88. | Smith & Wesson, Cal: 44, Model: 696-1, SN: CCP9844; |
| 8 | 89. | PPI, Cal: **, Model: Unknown, SN: 0900930; |
| 9 | 90. | Colt, Cal: 380, Model: MKIV Series 80, SN: RC89637; |
| 10 | 91. | Ruger, Cal: 22, Model: Mark II, SN: 211-59819; |
| 11 | 92. | Smith & Wesson, Cal: 38, Model: 10-05, SN: D278257; |
| 12 | 93. | Colt, Cal: 357, Model: Python, SN: K09062; |
| 13 | 94. | Colt, Cal: 45, Model: Combat Commander, SN: 80BS18999; |
| 14 | 95. | North American Arms, Cal: 22, Model: Black Widow, SN: R5757; |
| 15 | 96. | Ruger, Cal: 22, Model: MKII, SN: 18-90296; |
| 16 | 97. | Colt, Cal: 38, Model: 33, SN: 529389; |
| 17 | 98. | Colt, Cal: 357, Model: Python, SN: V43138; |
| 18 | 99. | Ruger, Cal: 44, Model: Red Hawk, SN: 501-58551; |
| 19 | 100. | Smith & Wesson, Cal: 9, Model: 59, SN: A557439; |
| 20 | 101. | KelTec, CNC Industries, Inc., Cal: 9, Model: P-11, SN: 35736; |
| 21 | 102. | Colt, Cal: 22, Model: Lord & Lady, SN: 2136LDR; |
| 22 | 103. | Colt, Cal: 22, Model: Lord & Lady, SN: 2135LDR; |
| 23 | 104. | Mossberg, Cal: 12, Model: Pump Shotgun, SN: L254637; |
| 24 | 105. | Springfield Armory, Geneseo, IL, Cal: 30-06, Model: 1917, SN: 1180543; |
| 25 | 106. | KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q73; |
| 26 | 107. | KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q74; |
| 27 | 108. | KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q88; |
| 28 | 109. | Winchester, Cal: 25-20, Model: 1892, SN: 857823; |

| | | |
|---|---|---|
| 1 | 110. | Winchester, Cal: 38-55, Model: Win Lever, SN: CCH3965; |
| 2 | 111. | Browning, Cal: 12, Model: Light Twelves, SN: 71G90674; |
| 3 | 112. | Savage, Cal: 30-06, Model: Bolt Action, SN: F521473; |
| 4 | 113. | Unknown Manufacturer, Cal: 20, Model: 2743-M, SN: 47605; |
| 5 | 114. | Ruger, Cal: **, Model: 10-22, SN: 258-55291; |
| 6 | 115. | Walther, Cal: 380, Model: PPK/S, SN: 7372BAD; |
| 7 | 116. | Glock GMBH, Cal: 40, Model: 27, SN: DZD656; |
| 8 | 117. | KelTec, CNC Industries, Inc., Cal: 223, Model: SU-16, SN: N3J18; |
| 9 | 118. | Browning, Cal: 22, Model: Long Rifle, SN: 19715RT146; |
| 10 | 119. | Remington Arms Company, Inc., Cal: 22, Model: None, SN: None; |
| 11 | 120. | Winchester, Cal: 30-30, Model: 94AE, SN: None; |
| 12 | 121. | Unknown Manufacturer, Cal: 44, Model: Model 98, SN: 45755; |
| 13 | 122. | Unknown Manufacturer, Cal: 30, Model: M-1 Carbine, SN: 3879925; |
| 14 | 123. | Mossberg, Cal: 12, Model: 495T, SN: 1261202; |
| 15 | 124. | Remington Arms Company, Inc., Cal: 22, Model: Field Master 572, SN: None; |
| 16 | 125. | Winchester, Cal: 12, Model: 1200, SN: L1286401; |
| 17 | 126. | Winchester, Cal: 30, Model: 94AE, SN: 5232074; |
| 18 | 127. | Savage, Cal: 22, Model: 22 Long Rifle, SN: V0789; |
| 19 | 128. | Marlin Firearms Co., Cal: 22, Model: 60, SN: 25428522; |
| 20 | 129. | Parker-Hale, Cal: 30, Model: Unknown, SN: 48094; |
| 21 | 130. | Remington Arms Company, Inc. Cal: 243, Model: 700, SN: 6543936; |
| 22 | 131. | Savage, Cal: 12, Model: None, SN: A259423; |
| 23 | 132. | Remington Arms Company, Inc., Cal: 22, Model: 552, SN: A1408056; |
| 24 | 133. | Egypt, Cal: 762, model: Hakin, SN: 41699; |
| 25 | 134. | Winchester, Cal: 20, Model: 300, SN: Q80586; |
| 26 | 135. | Ruger, Cal: ZZ, Model: 10/22 Carbine, SN: 160699; |
| 27 | 136. | Marlin Firearms Co., Cal: 22, model: 783, SN: 22685288; |
| 28 | 137. | Ruger, Cal: 22, Model: M-77, Mark II, SN: 785-03811; |

| | | |
|---|---|---|
| 1 | 138. | Winchester, Cal: 30-30, Model: 94, SN: 4489582; |
| 2 | 139. | Browning, Cal: 12, Model: Light Twelve, SN: 05401RT211; |
| 3 | 140. | Marlin Firearms Co., Cal: 450, Model: 1895M, SN: 00080303; |
| 4 | 141 | Winchester, Cal: 12, Model: 1300, SN: L2895533; |
| 5 | 142. | Mauser, Cal: 8, Model: 1891, SN: N5195; |
| 6 | 143. | Weatherby, Cal: 12, Model: Orion, SN: E008639; |
| 7 | 144. | Ruger, Cal: 223, Model: Mini 14, SN: 186-94515; |
| 8 | 145. | Browning, Cal: 270, Model: A-Bolt, SN: 87068NX717; |
| 9 | 146. | Winchester, Cal: 30, Model: 94, SN: USA02798; |
| 10 | 147. | Winchester, Cal: 12, Model: 1300, SN: L2676696; |
| 11 | 148. | Smith & Wesson, Cal: 38, Model: 10-7, SN: 9D74478; |
| 12 | 149. | Erma Werke GMBH, Cal: 22, Model: Luger Carbine, SN: 15530; |
| 13 | 150. | Smith & Wesson, Cal: 38, Model: None, SN: 206971; |
| 14 | 151. | Colt, Cal: 45, Model: Double Eagle, SN: DAP085; |
| 15 | 152. | Unknown Manufacturer, Cal: 32, Model: 1085, SN: 184007; |
| 16 | 153. | Colt, Cal: 32-20, Model: Police, SN: 244038; |
| 17 | 154. | Colt, Cal: 32, Model: None, SN: 332936; |
| 18 | 155. | Colt, Cal: 32, Model: None, SN: 445132; |
| 19 | 156. | Colt, Cal: 38, Model: 1878 DA, SN: 127306; |
| 20 | 157. | Fie, Cal: 25, Model: Titan, SN: A48340; |
| 21 | 158. | High Standard, Cal: 22, Model: H-D Military, SN: 221956; |
| 22 | 159. | Smith & Wesson, Cal: 22, Model: 53, SN: K474447; |
| 23 | 160. | High Standard, Cal: 25, Model: Double Nine, SN: 1833898; |
| 24 | 161. | Charter Arms, Cal: 38, Model: Undercover, SN: 495740; |
| 25 | 162. | Nambu, Cal: **Model: Unknown, SN: 69491; |
| 26 | 163. | Harrington and Richardson, Cal: 38, Model: None, SN: 40768; |
| 27 | 164. | Smith & Wesson, Cal: 38, Model: Model 15-3, SN: 3K37289; |
| 28 | 165. | Smith & Wesson, Cal: 38, Model: None, SN: C107502; |

| | | |
|---|---|---|
| 1 | 166. | Magnum Research, Inc., Cal: 357, Model: Desert Eagle, SN: 12528; |
| 2 | 167. | Smith & Wesson, Cal: 2, Model: .22 LR, SN: K36525; |
| 3 | 168. | Herbert Schmidt, Cal: 22, Model: HS21, SN: 752033; |
| 4 | 169. | Colt, Cal: 25, Model: Unknown, SN: 328814; |
| 5 | 170. | Raven Arms, Cal: 25, Model: P-25, SN: 091950; |
| 6 | 171. | Charter Arms, Cal: 22, Model: AR-7, SN: A125399; |
| 7 | 172. | Remington Arms Company, Inc., Cal: 30-06, Model: 742, SN: 226117; |
| 8 | 173. | Maverick Arms (Eagle Pass, TX), Cal: 12, Model: 88, SN: MV53145B; |
| 9 | 174. | Marlin Firearms Co., Cal: 22, Model: 60, SN: 04175369; |
| 10 | 175. | Remington Arms Company, Inc., Cal: 12, Model: 58, SN: 39140U; |
| 11 | 176. | Winchester, Cal: 30-30, Model: 94, SN: 4988431; |
| 12 | 177. | Russian, Cal: **, Model: 1937, SN: 243410; |
| 13 | 178. | Russian, Cal: 762, Model: SKS-45, SN: RL017965; |
| 14 | 179. | Remington Arms Company, Inc., Cal: 12, Model: 870, SN: V772914U; |
| 15 | 180. | Marlin Firearms Co., Cal: 22, Model: 60, SN: 71448628; |
| 16 | 181. | Ruger, Cal: 223, Model: Mini-14, SN: 186-95032; |
| 17 | 182. | Winchester, Cal: 270, Model: Bolt Action, SN: G1939017; |
| 18 | 183. | BOITO/ER Amantino/IGA, Cal: 20, Model: SB20, SN: 30-41989A; |
| 19 | 184. | Western Arms Co., Cal: 12, Model: Unknown, SN: G541528; |
| 20 | 185. | Lefever, Cal: 410, Model: Nitro Special, SN: 268509; |
| 21 | 186. | Remington Arms Company, Inc., Cal: 12, Model: 110, SN: L070737V; |
| 22 | 187. | Marlin Firearms Co., Cal: 22, Model: 5, SN: 15302480; |
| 23 | 188. | Vickers Limited, Cal: 20, Model: 707, SN: 5479; |
| 24 | 189. | Remington Arms Company, Inc., Cal: 30-06, Model: 740, SN: J715820; |
| 25 | 190. | Winchester, Cal: 348, Model: 71, SN: 22204; |
| 26 | 191. | Unknown Manufacturer, Cal: 12, Model: Unknown, SN: AL2; |
| 27 | 192. | Mossberg, Cal: 410, Model: 500E, SN: L999093; |
| 28 | 193. | Heckler and Koch, Cal: 45, model: USP45, SN: 25-005266; and |

194. Ammunition: Qty.: 100, MNF: Assorted, Cal: ZZ.