McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CV-00015-OWW-SMS |
| Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | |
| 193 MISCELLANEOUS FIREARMS AND MISCELLANEOUS AMMUNITION SEIZED ON JUNE 21, 2006, MORE PARTICULARLY DESCRIBED IN EXHIBIT 'A' ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3. The defendant 193 miscellaneous firearms and miscellaneous ammunition seized on June 21, 2006, more particularly described in Exhibit 'A' attached hereto and incorporated herein by reference (hereafter "defendant firearms and ammunition") were seized in the city of Madera, in

Madera County, California.  The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") published notice of the nonjudicial forfeiture of the defendant firearms and ammunition on September 28, October 5, and 12, 2006 in the <u>Wall Street Journal</u>;

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant firearms and ammunition were seized: <u>Madera Daily Tribune</u>;

        c.    The publication to include the following:

               (1)    The Court, title and number of the action;

               (2)    The date of the arrest/seizure;

               (3)    The identity and/or description of the properties arrested/seized;

               (4)    The name, address and telephone number of the attorney for the Plaintiff;

               (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

               (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

               (7)    A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

///

///

///

///

///

(8) The name, address, and telephone number of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Dated: January 3, 2007

McGREGOR W. SCOTT
United States Attorney

 /s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Date: _____

Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**

The defendant firearms and ammunition are as follows: 193 miscellaneous firearms and miscellaneous ammunition seized on June 21, 2006:

1. Smith & Wesson, Cal: 9, Model: 59, SN: A708582;
2. Smith & Wesson, Cal: 9, Model: 59, SN: A399867;
3. Ruger, Cal: 45, Model: Vaquero, SN: 58-32834;
4. Ruger, Cal: 45, Model: 00555, SN: 58-32833;
5. Fie, Cal: 380, Model: 380, SN: BH16528;
6. Llama (Gabilondo & CIA), Cal: 45, Model: Max I, SN: 71-0407244-01;
7. Llama (Gabilondo & CIA), Cal: 45, Model: Max I, SN: 71-0407241-01;
8. Walther, Cal: 22, Model: TPH, SN: H000921;
9. Glock GMBH, Cal: 45, Model: 21, SN: CFV820US;
10. Taurus, Cal: 22, Model: PT-22, SN: ARG84153;
11. Rossi, Cal: 38, Model: Unknown, SN: E027536;
12. Smith & Wesson, Cal: 9, Model: 910, SN: VJ5F5541;
13. Beretta USA Corp., Cal: 9, Model: 92 FS, SN: BER429476;
14. Ruger, Cal: 44, Model: Super Black Hawk, SN: 84-93287;
15. Glock GMBH, Cal: 9, Model: 17, SN: ADD440US;
16. North American Arms, Cal: 22, Model: N/N, SN: L062805;
17. Colt, Cal: 45, Model: M1991-A1, SN: 2776035;
18. Colt, Cal: 45, Model: M1991-A1, SN: CV17565;
19. Colt, Cal: 45, Model: M1991-A1, SN: 2792756;
20. Smith & Wesson, Cal: 44, Model: 629-4, SN: CAL0855;
21. Ruger, Cal: 22, Model: 10-22, SN: 241-83717;
22. Phoenix Arms Co., Cal: 25, Model: Raven, SN: 3052054;
23. Raven Arms, Cal: 25, Model: MP 25, SN: 1833059;
24. Lorcin Engineering, Cal: 22, Model: L22, SN: 022606;
25. Colt, Cal: 45, Model: M1991-A1, SN: 2795487;

| | | |
|---|---|---|
| 1 | 26. | KelTec, CNC Industries, Inc., Cal: 32, Model: P-32, SN: 29152; |
| 2 | 27. | Phoenix Arms Co., Cal: 25, Model: Raven Model, SN: 31052425; |
| 3 | 28. | Smith & Wesson, Cal: 45, Model: 686, SN: CDW9046; |
| 4 | 29. | Jennings Firearms, Cal: 380, Model: Bryco 38, SN: 591426; |
| 5 | 30. | Jennings Firearms, Cal: 25, Model: L25, SN: 551872; |
| 6 | 31. | Lorcin Engineering, Cal: 22, Model: None, SN: 022618; |
| 7 | 32. | Smith & Wesson, Cal: 38, Model: 64-1, SN: D659733; |
| 8 | 33. | North American Arms, Cal: 22, Model: None, SN: L048409; |
| 9 | 34. | Jennings Firearms, Cal: 9, Model: Bryco 59, SN: 800184; |
| 10 | 35. | Fie, Cal: 25, Model: Titan Model, SN: ED88103; |
| 11 | 36. | Ruger, Cal: 22, Model: Single Six, SN: 65-37086; |
| 12 | 37. | Weatherby, Cal: 300, Model: Mark V, SN: 31970; |
| 13 | 38. | Ruger, Cal: 300, Model: Mark II, SN: 790-35451; |
| 14 | 39. | Ruger, Cal: 223, Model: Mini 14, SN: 186-92246; |
| 15 | 40. | Ruger, Cal: 223, Model: Mini 14, SN: 186-94150; |
| 16 | 41. | Remington Arms Company, Inc., Cal: 22, Model: 587, SN: 2722378; |
| 17 | 42. | Ruger, Cal: 300, Model: M77, SN: 790-44746; |
| 18 | 43. | Mossberg, Cal: 20, Model: 500, SN: 20001726; |
| 19 | 44. | Benelli, S. PA., Cal: 12, Model: Nova, SN: Z241691; |
| 20 | 45. | Winchester, Cal: 45, Model: 94AE, SN: 6552995; |
| 21 | 46. | Mossberg, Cal: 12, Model: 88, SN: MV65763G; |
| 22 | 47. | Beretta USA Corp., Cal: 12, Model: AL391, SN: 0508DU2003; |
| 23 | 48. | Ithaca Gun Co., Cal: 12, Model: 37, SN: NWTF2000-1530; |
| 24 | 49. | Beretta, Pietro S.P.A., Cal: 12, Model: AL391, SN: AG040734; |
| 25 | 50. | Heckler and Koch, Cal: 12, Model: Rabarm, SN: 3124DU2001; |
| 26 | 51. | Bersa, Cal: 380, Model: 380 Thunder, SN: 750729; |
| 27 | 52. | Mossberg, Cal: 12, Model: Mobility 500, SN: R469707; |
| 28 | 53. | Benelli, S. PA., Cal: 12, Model: Nova, SN: 2004DU3072; |

| | | |
|---|---|---|
| 1 | 54. | Remington Arms Company, Inc., Cal: 12, Model: Premier, SN: PC781655; |
| 2 | 55. | Marlin Firearms Co., Cal: 22, Model: 60, SN: 20420335; |
| 3 | 56. | F.N. (FN Herstal), Cal: 5, Model: Unknown, SN: 386118676; |
| 4 | 57. | Smith & Wesson, Cal: 38, Model: 36, SN: 49069; |
| 5 | 58. | Sig-Arms, Cal: 9, Model: 226, SN: U602724; |
| 6 | 59. | High Standard, Cal: 22, Model: R-103, SN: 1257447; |
| 7 | 60. | Smith & Wesson, Cal: 357, Model: 66, SN: CFN2929; |
| 8 | 61. | Smith & Wesson, Cal: 40, Model: 4006, SN: VMM1379; |
| 9 | 62. | Sig-Arms, Cal: 22, Model: Trailside, SN: E0016760; |
| 10 | 63. | Glock GMBH, Cal: 9, Model: A, SN: HAV546; |
| 11 | 64. | Smith & Wesson, Cal: 38, Model: None, SN: CHL9480; |
| 12 | 65. | KelTec, CNC Industries, Inc., Cal: 40, Model: P40, SN: 95227; |
| 13 | 66. | Ruger, Cal: 9, Model: P95DC, SN: 311-14571; |
| 14 | 67. | Sig-Arms, Cal: **, Model: 220, SN: G315228; |
| 15 | 68. | Taurus, Cal: 22, Model: PT-22, SN: ARE81800; |
| 16 | 69. | Ruger, Cal: 22, Model: MKII, SN: 222-69559; |
| 17 | 70. | Heritage Mfg. Inc., Cal: 22, Model: Raleigh Rider, SN: J30638; |
| 18 | 71. | Colt, Cal: 45, Model: MKIV, SN: 46621B70; |
| 19 | 72. | Sig-Arms, Cal: 40, Model: P229, SN: AD10956; |
| 20 | 73. | Smith & Wesson, Cal: 45, Model: 4506, SN: TDC8875; |
| 21 | 74. | Colt, Cal: 9, Model: 2000, SN: PF17452; |
| 22 | 75. | Beretta USA Corp., Cal: 40, Model: 9000S, SN: SN005395; |
| 23 | 76. | E.A. Brown Manufacturing, Cal: **, Model: EASA, SN: E26126; |
| 24 | 77. | Smith & Wesson, Cal: 38, Model: Lady Smith, SN: CHB8629; |
| 25 | 78. | Colt, Cal: 45, Model: Anaconda, SN: MM33792; |
| 26 | 79. | IMEZ (Izhevsky Mechanical Works), Cal: 9, Model: IJ70-18AH, SN: RM301179; |
| 27 | 80. | Smith & Wesson, Cal: 44, Model: M629-2, SN: BDT3081; |
| 28 | 81. | Beretta, Pietro S.P.A., Cal: 9, Model: 84F, SN: E74022Y; |

| | | |
|---|---|---|
| 1 | 82. | Ruger, Cal: 9, Model: P95DC, SN: 311-67422; |
| 2 | 83. | Ruger, Cal: 45, Model: P97DC, SN: 663-D9298; |
| 3 | 84. | Colt, Cal: 177, Model: 1911 A1, SN: F8424887; |
| 4 | 85. | Glock GMBH, Cal: 40, Model: 27, SN: FKT443; |
| 5 | 86. | Colt, Cal: 45, Model: 1991A1, SN: CV16624; |
| 6 | 87. | Smith & Wesson, Cal: 9, Model: 6904, SN: THD7076; |
| 7 | 88. | Smith & Wesson, Cal: 44, Model: 696-1, SN: CCP9844; |
| 8 | 89. | PPI, Cal: **, Model: Unknown, SN: 0900930; |
| 9 | 90. | Colt, Cal: 380, Model: MKIV Series 80, SN: RC89637; |
| 10 | 91. | Ruger, Cal: 22, Model: Mark II, SN: 211-59819; |
| 11 | 92. | Smith & Wesson, Cal: 38, Model: 10-05, SN: D278257; |
| 12 | 93. | Colt, Cal: 357, Model: Python, SN: K09062; |
| 13 | 94. | Colt, Cal: 45, Model: Combat Commander, SN: 80BS18999; |
| 14 | 95. | North American Arms, Cal: 22, Model: Black Widow, SN: R5757; |
| 15 | 96. | Ruger, Cal: 22, Model: MKII, SN: 18-90296; |
| 16 | 97. | Colt, Cal: 38, Model: 33, SN: 529389; |
| 17 | 98. | Colt, Cal: 357, Model: Python, SN: V43138; |
| 18 | 99. | Ruger, Cal: 44, Model: Red Hawk, SN: 501-58551; |
| 19 | 100. | Smith & Wesson, Cal: 9, Model: 59, SN: A557439; |
| 20 | 101. | KelTec, CNC Industries, Inc., Cal: 9, Model: P-11, SN: 35736; |
| 21 | 102. | Colt, Cal: 22, Model: Lord & Lady, SN: 2136LDR; |
| 22 | 103. | Colt, Cal: 22, Model: Lord & Lady, SN: 2135LDR; |
| 23 | 104. | Mossberg, Cal: 12, Model: Pump Shotgun, SN: L254637; |
| 24 | 105. | Springfield Armory, Geneseo, IL, Cal: 30-06, Model: 1917, SN: 1180543; |
| 25 | 106. | KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q73; |
| 26 | 107. | KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q74; |
| 27 | 108. | KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q88; |
| 28 | 109. | Winchester, Cal: 25-20, Model: 1892, SN: 857823; |

| | | |
|---|---|---|
| 1 | 110. | Winchester, Cal: 38-55, Model: Win Lever, SN: CCH3965; |
| 2 | 111. | Browning, Cal: 12, Model: Light Twelves, SN: 71G90674; |
| 3 | 112. | Savage, Cal: 30-06, Model: Bolt Action, SN: F521473; |
| 4 | 113. | Unknown Manufacturer, Cal: 20, Model: 2743-M, SN: 47605; |
| 5 | 114. | Ruger, Cal: **, Model: 10-22, SN: 258-55291; |
| 6 | 115. | Walther, Cal: 380, Model: PPK/S, SN: 7372BAD; |
| 7 | 116. | Glock GMBH, Cal: 40, Model: 27, SN: DZD656; |
| 8 | 117. | KelTec, CNC Industries, Inc., Cal: 223, Model: SU-16, SN: N3J18; |
| 9 | 118. | Browning, Cal: 22, Model: Long Rifle, SN: 19715RT146; |
| 10 | 119. | Remington Arms Company, Inc., Cal: 22, Model: None, SN: None; |
| 11 | 120. | Winchester, Cal: 30-30, Model: 94AE, SN: None; |
| 12 | 121. | Unknown Manufacturer, Cal: 44, Model: Model 98, SN: 45755; |
| 13 | 122. | Unknown Manufacturer, Cal: 30, Model: M-1 Carbine, SN: 3879925; |
| 14 | 123. | Mossberg, Cal: 12, Model: 495T, SN: 1261202; |
| 15 | 124. | Remington Arms Company, Inc., Cal: 22, Model: Field Master 572, SN: None; |
| 16 | 125. | Winchester, Cal: 12, Model: 1200, SN: L1286401; |
| 17 | 126. | Winchester, Cal: 30, Model: 94AE, SN: 5232074; |
| 18 | 127. | Savage, Cal: 22, Model: 22 Long Rifle, SN: V0789; |
| 19 | 128. | Marlin Firearms Co., Cal: 22, Model: 60, SN: 25428522; |
| 20 | 129. | Parker-Hale, Cal: 30, Model: Unknown, SN: 48094; |
| 21 | 130. | Remington Arms Company, Inc. Cal: 243, Model: 700, SN: 6543936; |
| 22 | 131. | Savage, Cal: 12, Model: None, SN: A259423; |
| 23 | 132. | Remington Arms Company, Inc., Cal: 22, Model: 552, SN: A1408056; |
| 24 | 133. | Egypt, Cal: 762, model: Hakin, SN: 41699; |
| 25 | 134. | Winchester, Cal: 20, Model: 300, SN: Q80586; |
| 26 | 135. | Ruger, Cal: ZZ, Model: 10/22 Carbine, SN: 160699; |
| 27 | 136. | Marlin Firearms Co., Cal: 22, model: 783, SN: 22685288; |
| 28 | 137. | Ruger, Cal: 22, Model: M-77, Mark II, SN: 785-03811; |

| | | |
|---|---|---|
| 1 | 138. | Winchester, Cal: 30-30, Model: 94, SN: 4489582; |
| 2 | 139. | Browning, Cal: 12, Model: Light Twelve, SN: 05401RT211; |
| 3 | 140. | Marlin Firearms Co., Cal: 450, Model: 1895M, SN: 00080303; |
| 4 | 141 | Winchester, Cal: 12, Model: 1300, SN: L2895533; |
| 5 | 142. | Mauser, Cal: 8, Model: 1891, SN: N5195; |
| 6 | 143. | Weatherby, Cal: 12, Model: Orion, SN: E008639; |
| 7 | 144. | Ruger, Cal: 223, Model: Mini 14, SN: 186-94515; |
| 8 | 145. | Browning, Cal: 270, Model: A-Bolt, SN: 87068NX717; |
| 9 | 146. | Winchester, Cal: 30, Model: 94, SN: USA02798; |
| 10 | 147. | Winchester, Cal: 12, Model: 1300, SN: L2676696; |
| 11 | 148. | Smith & Wesson, Cal: 38, Model: 10-7, SN: 9D74478; |
| 12 | 149. | Erma Werke GMBH, Cal: 22, Model: Luger Carbine, SN: 15530; |
| 13 | 150. | Smith & Wesson, Cal: 38, Model: None, SN: 206971; |
| 14 | 151. | Colt, Cal: 45, Model: Double Eagle, SN: DAP085; |
| 15 | 152. | Unknown Manufacturer, Cal: 32, Model: 1085, SN: 184007; |
| 16 | 153. | Colt, Cal: 32-20, Model: Police, SN: 244038; |
| 17 | 154. | Colt, Cal: 32, Model: None, SN: 332936; |
| 18 | 155. | Colt, Cal: 32, Model: None, SN: 445132; |
| 19 | 156. | Colt, Cal: 38, Model: 1878 DA, SN: 127306; |
| 20 | 157. | Fie, Cal: 25, Model: Titan, SN: A48340; |
| 21 | 158. | High Standard, Cal: 22, Model: H-D Military, SN: 221956; |
| 22 | 159. | Smith & Wesson, Cal: 22, Model: 53, SN: K474447; |
| 23 | 160. | High Standard, Cal: 25, Model: Double Nine, SN: 1833898; |
| 24 | 161. | Charter Arms, Cal: 38, Model: Undercover, SN: 495740; |
| 25 | 162. | Nambu, Cal: **Model: Unknown, SN: 69491; |
| 26 | 163. | Harrington and Richardson, Cal: 38, Model: None, SN: 40768; |
| 27 | 164. | Smith & Wesson, Cal: 38, Model: Model 15-3, SN: 3K37289; |
| 28 | 165. | Smith & Wesson, Cal: 38, Model: None, SN: C107502; |

| | | |
|---|---|---|
| 1 | 166. | Magnum Research, Inc., Cal: 357, Model: Desert Eagle, SN: 12528; |
| 2 | 167. | Smith & Wesson, Cal: 2, Model: .22 LR, SN: K36525; |
| 3 | 168. | Herbert Schmidt, Cal: 22, Model: HS21, SN: 752033; |
| 4 | 169. | Colt, Cal: 25, Model: Unknown, SN: 328814; |
| 5 | 170. | Raven Arms, Cal: 25, Model: P-25, SN: 091950; |
| 6 | 171. | Charter Arms, Cal: 22, Model: AR-7, SN: A125399; |
| 7 | 172. | Remington Arms Company, Inc., Cal: 30-06, Model: 742, SN: 226117; |
| 8 | 173. | Maverick Arms (Eagle Pass, TX), Cal: 12, Model: 88, SN: MV53145B; |
| 9 | 174. | Marlin Firearms Co., Cal: 22, Model: 60, SN: 04175369; |
| 10 | 175. | Remington Arms Company, Inc., Cal: 12, Model: 58, SN: 39140U; |
| 11 | 176. | Winchester, Cal: 30-30, Model: 94, SN: 4988431; |
| 12 | 177. | Russian, Cal: **, Model: 1937, SN: 243410; |
| 13 | 178. | Russian, Cal: 762, Model: SKS-45, SN: RL017965; |
| 14 | 179. | Remington Arms Company, Inc., Cal: 12, Model: 870, SN: V772914U; |
| 15 | 180. | Marlin Firearms Co., Cal: 22, Model: 60, SN: 71448628; |
| 16 | 181. | Ruger, Cal: 223, Model: Mini-14, SN: 186-95032; |
| 17 | 182. | Winchester, Cal: 270, Model: Bolt Action, SN: G1939017; |
| 18 | 183. | BOITO/ER Amantino/IGA, Cal: 20, Model: SB20, SN: 30-41989A; |
| 19 | 184. | Western Arms Co., Cal: 12, Model: Unknown, SN: G541528; |
| 20 | 185. | Lefever, Cal: 410, Model: Nitro Special, SN: 268509; |
| 21 | 186. | Remington Arms Company, Inc., Cal: 12, Model: 110, SN: L070737V; |
| 22 | 187. | Marlin Firearms Co., Cal: 22, Model: 5, SN: 15302480; |
| 23 | 188. | Vickers Limited, Cal: 20, Model: 707, SN: 5479; |
| 24 | 189. | Remington Arms Company, Inc., Cal: 30-06, Model: 740, SN: J715820; |
| 25 | 190. | Winchester, Cal: 348, Model: 71, SN: 22204; |
| 26 | 191. | Unknown Manufacturer, Cal: 12, Model: Unknown, SN: AL2; |
| 27 | 192. | Mossberg, Cal: 410, Model: 500E, SN: L999093; and |
| 28 | 193. | Heckler and Koch, Cal: 45, model: USP45, SN: 25-005266. |

1   194.    Ammunition: Qty.: 100, MNF: Assorted, Cal: ZZ.

IT IS SO ORDERED.

**Dated:   January 8, 2007**            **/s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE