1   McGREGOR W. SCOTT
United States Attorney
2   STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
3   United States Courthouse
2500 Tulare Street, Suite 4401
4   Fresno, California 93721
Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6   Attorneys for Plaintiff

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   1:07-CV-00015-OWW-SMS
                                          )
12              Plaintiff,                )
                                          )
13        v.                              )   **STIPULATION AND ORDER REGARDING**
                                          )   **QUALIFYING BULK SALE**
14   193 MISCELLANEOUS FIREARMS AND       )
     MISCELLANEOUS AMMUNITION             )
15   SEIZED ON JUNE 21, 2006, MORE        )
     PARTICULARLY DESCRIBED IN            )
16   EXHIBIT 'A' ATTACHED HERETO AND      )
     INCORPORATED HEREIN BY               )
17   REFERENCE,                           )
                                          )
18              Defendants.               )
     _____)

19

20        SUBJECT  TO THE APPROVAL OF THE COURT, TH E PARTIES HEREBY AGREE

21   TO THE FOLLOWING STIPULATION AND PROPOSED ORDER:

22        Whereas, Plaintiff United States of America seized miscellaneous firearms and miscellaneous

23   ammunition (as listed in Exhibit A, attached hereto) on June 21, 2006;

24        Whereas, the items listed in Exhibit A remain in the possession of the United States;

25        Whereas, Plaintiff and Claimant Issa Rohi Zacharia ("Zacharia") desire to dismiss this

26   forfeiture action for a waiver of costs;

27        Whereas, Plaintiff desires to return the items listed in Exhibit A to Zacharia but Zacharia

28   cannot currently possess the items listed in Exhibit A;

1        IT IS HEREBY STIPULATED AS FOLLOWS:

2        1.    The United States agrees to permit a single "Qualifying Bulk Sale" under the terms

3   and conditions set forth herein.

4        2.    For the purposes of this Stipulation, a "Qualifying Bulk Sale" is defined as a sale of

5   the entire inventory of firearms that were seized from Issa Rohi Zacharia (described in Exhibit A)

6   in complete and total compliance with all applicable regulatory requirements and that satisfy each

7   of the following elements:

8        (a)    Bulk sale must be to The Range, Fresno, California, Federal Firearms license

9   number 977019013G82120 (expiration date 7/1/09);

10        (b)    the Qualifying Bulk Sale must be verified by the Bureau of Alcohol, Tobacco,

11   Firearms and Explosives ("ATF") as a legitimate, arms length transaction.

12        3.    The parties agree the District Court shall retain jurisdiction over this matter for the

13   purposes of resolving any dispute alleging a breach of this Stipulation.

14        4.    Each party acknowledges that they have been represented by and relied upon

15   independent counsel in negotiating and entering into this Stipulation and they have had the contents

16   of this Stipulation fully explained by counsel and that they are fully aware of and understand all of

17   the terms of the agreement and the legal consequences thereof.  It is further acknowledged the parties

18   have mutually participated in drafting this Stipulation and the parties agree that no provision herein

19   shall be construed against any party by virtue of the drafting of this Stipulation.

20        5.    If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the

21   validity, legality and enforceability of the remaining provisions shall not be affected or impaired

22   thereby.  This Stipulation constitutes the entire agreement by the parties and the parties acknowledge

23   that no warranties or representations have been made on any subject other than as set forth in this

24   Stipulation.

25        6.    This Stipulation is not intended to bind or constrain any state or local government

26   agency.

27        7.    Zacharia agrees to fully comply with all record keeping requirements imposed by law

28   and regulation on The Range.

8.     Counsel for Zacharia will arrange with ATF to make the necessary arrangements to schedule the transfer of weapons to The Range.

Dated:  July 23, 2007                          McGREGOR W. SCOTT
                                               United States Attorney


                                                /s/ Stephanie Hamilton Borchers
                                               STEPHANIE HAMILTON BORCHERS
                                               Assistant United States Attorney




Dated:  July 23, 2007                           /s/ Cassie Tostenson
                                               CASSIE TOSTENSON
                                               Attorney for Claimant Issa Rohi Zacharia

                                               (Original signature retained by attorney)

**EXHIBIT A**

The defendant firearms are as follows: 193 miscellaneous firearms and miscellaneous ammunition seized on June 21, 2006:

1.      Smith & Wesson, Cal: 9, Model: 59, SN: A708582;

2.      Smith & Wesson, Cal: 9, Model: 59, SN: A399867;

3.      Ruger, Cal: 45, Model: Vaquero, SN: 58-32834;

4.      Ruger, Cal: 45, Model: 00555, SN: 58-32833;

5.      Fie, Cal: 380, Model: 380, SN: BH16528;

6.      Llama (Gabilondo & CIA), Cal: 45, Model: Max I, SN: 71-0407244-01;

7.      Llama (Gabilondo & CIA), Cal: 45, Model: Max I, SN: 71-0407241-01;

8.      Walther, Cal: 22, Model: TPH, SN: H000921;

9.      Glock GMBH, Cal: 45, Model: 21, SN: CFV820US;

10.     Taurus, Cal: 22, Model: PT-22, SN: ARG84153;

11.     Rossi, Cal: 38, Model: Unknown, SN: E027536;

12.     Smith & Wesson, Cal: 9, Model: 910, SN: VJ5F5541;

13.     Beretta USA Corp., Cal: 9, Model: 92 FS, SN: BER429476;

14.     Ruger, Cal: 44, Model: Super Black Hawk, SN: 84-93287;

15.     Glock GMBH, Cal: 9, Model: 17, SN: ADD440US;

16.     North American Arms, Cal: 22, Model: N/N, SN: L062805;

17.     Colt, Cal: 45, Model: M1991-A1, SN: 2776035;

18.     Colt, Cal: 45, Model: M1991-A1, SN: CV17565;

19.     Colt, Cal: 45, Model: M1991-A1, SN: 2792756;

20.     Smith & Wesson, Cal: 44, Model: 629-4, SN: CAL0855;

21.     Ruger, Cal: 22, Model: 10-22, SN: 241-83717;

22.     Phoenix Arms Co., Cal: 25, Model: Raven, SN: 3052054;

23.     Raven Arms, Cal: 25, Model: MP 25, SN: 1833059;

24.     Lorcin Engineering, Cal: 22, Model: L22, SN: 022606;

25.     Colt, Cal: 45, Model: M1991-A1, SN: 2795487;

26. KelTec, CNC Industries, Inc., Cal: 32, Model: P-32, SN: 29152;

27. Phoenix Arms Co., Cal: 25, Model: Raven Model, SN: 31052425;

28. Smith & Wesson, Cal: 45, Model: 686, SN: CDW9046;

29. Jennings Firearms, Cal: 380, Model: Bryco 38, SN: 591426;

30. Jennings Firearms, Cal: 25, Model: L25, SN: 551872;

31. Lorcin Engineering, Cal: 22, Model: None, SN: 022618;

32. Smith & Wesson, Cal: 38, Model: 64-1, SN: D659733;

33. North American Arms, Cal: 22, Model: None, SN: L048409;

34. Jennings Firearms, Cal: 9, Model: Bryco 59, SN: 800184;

35. Fie, Cal: 25, Model: Titan Model, SN: ED88103;

36. Ruger, Cal: 22, Model: Single Six, SN: 65-37086;

37. Weatherby, Cal: 300, Model: Mark V, SN: 31970;

38. Ruger, Cal: 300, Model: Mark II, SN: 790-35451;

39. Ruger, Cal: 223, Model: Mini 14, SN: 186-92246;

40. Ruger, Cal: 223, Model: Mini 14, SN: 186-94150;

41. Remington Arms Company, Inc., Cal: 22, Model: 587, SN: 2722378;

42. Ruger, Cal: 300, Model: M77, SN: 790-44746;

43. Mossberg, Cal: 20, Model: 500, SN: 20001726;

44. Benelli, S. PA., Cal: 12, Model: Nova, SN: Z241691;

45. Winchester, Cal: 45, Model: 94AE, SN: 6552995;

46. Mossberg, Cal: 12, Model: 88, SN: MV65763G;

47. Beretta USA Corp., Cal: 12, Model: AL391, SN: 0508DU2003;

48. Ithaca Gun Co., Cal: 12, Model: 37, SN: NWTF2000-1530;

49. Beretta, Pietro S.P.A., Cal: 12, Model: AL391, SN: AG040734;

50. Heckler and Koch, Cal: 12, Model: Rabarm, SN: 3124DU2001;

51. Bersa, Cal: 380, Model: 380 Thunder, SN: 750729;

52. Mossberg, Cal: 12, Model: Mobility 500, SN: R469707;

53. Benelli, S. PA., Cal: 12, Model: Nova, SN: 2004DU3072;

54.   Remington Arms Company, Inc., Cal: 12, Model: Premier, SN: PC781655;

55.   Marlin Firearms Co., Cal: 22, Model: 60, SN: 20420335;

56.   F.N. (FN Herstal), Cal: 5, Model: Unknown, SN: 386118676;

57.   Smith & Wesson, Cal: 38, Model: 36, SN: 49069;

58.   Sig-Arms, Cal: 9, Model: 226, SN: U602724;

59.   High Standard, Cal: 22, Model: R-103, SN: 1257447;

60.   Smith & Wesson, Cal: 357, Model: 66, SN: CFN2929;

61.   Smith & Wesson, Cal: 40, Model: 4006, SN: VMM1379;

62.   Sig-Arms, Cal: 22, Model: Trailside, SN: E0016760;

63.   Glock GMBH, Cal: 9, Model: A, SN: HAV546;

64.   Smith & Wesson, Cal: 38, Model: None, SN: CHL9480;

65.   KelTec, CNC Industries, Inc., Cal: 40, Model: P40, SN: 95227;

66.   Ruger, Cal: 9, Model: P95DC, SN: 311-14571;

67.   Sig-Arms, Cal: **, Model: 220, SN: G315228;

68.   Taurus, Cal: 22, Model: PT-22, SN: ARE81800;

69.   Ruger, Cal: 22, Model: MKII, SN: 222-69559;

70.   Heritage Mfg. Inc., Cal: 22, Model: Raleigh Rider, SN: J30638;

71.   Colt, Cal: 45, Model: MKIV, SN: 46621B70;

72.   Sig-Arms, Cal: 40, Model: P229, SN: AD10956;

73.   Smith & Wesson, Cal: 45, Model: 4506, SN: TDC8875;

74.   Colt, Cal: 9, Model: 2000, SN: PF17452;

75.   Beretta USA Corp., Cal: 40, Model: 9000S, SN: SN005395;

76.   E.A. Brown Manufacturing, Cal: **, Model: EASA, SN: E26126;

77.   Smith & Wesson, Cal: 38, Model: Lady Smith, SN: CHB8629;

78.   Colt, Cal: 45, Model: Anaconda, SN: MM33792;

79.   IMEZ (Izhevsky Mechanical Works), Cal: 9, Model: IJ70-18AH, SN: RM301179;

80.   Smith & Wesson, Cal: 44, Model: M629-2, SN: BDT3081;

81.   Beretta, Pietro S.P.A., Cal: 9, Model: 84F, SN: E74022Y;

82.    Ruger, Cal: 9, Model: P95DC, SN: 311-67422;

83.    Ruger, Cal: 45, Model: P97DC, SN: 663-D9298;

84.    Colt, Cal: 177, Model: 1911 A1, SN: F8424887;

85.    Glock GMBH, Cal: 40, Model: 27, SN: FKT443;

86.    Colt, Cal: 45, Model: 1991A1, SN: CV16624;

87.    Smith & Wesson, Cal: 9, Model: 6904, SN: THD7076;

88.    Smith & Wesson, Cal: 44, Model: 696-1, SN: CCP9844;

89.    PPI, Cal: **, Model: Unknown, SN: 0900930;

90.    Colt, Cal: 380, Model: MKIV Series 80, SN: RC89637;

91.    Ruger, Cal: 22, Model: Mark II, SN: 211-59819;

92.    Smith & Wesson, Cal: 38, Model: 10-05, SN: D278257;

93.    Colt, Cal: 357, Model: Python, SN: K09062;

94.    Colt, Cal: 45, Model: Combat Commander, SN: 80BS18999;

95.    North American Arms, Cal: 22, Model: Black Widow, SN: R5757;

96.    Ruger, Cal: 22, Model: MKII, SN: 18-90296;

97.    Colt, Cal: 38, Model: 33, SN: 529389;

98.    Colt, Cal: 357, Model: Python, SN: V43138;

99.    Ruger, Cal: 44, Model: Red Hawk, SN: 501-58551;

100.   Smith & Wesson, Cal: 9, Model: 59, SN: A557439;

101.   KelTec, CNC Industries, Inc., Cal: 9, Model: P-11, SN: 35736;

102.   Colt, Cal: 22, Model: Lord & Lady, SN: 2136LDR;

103.   Colt, Cal: 22, Model: Lord & Lady, SN: 2135LDR;

104.   Mossberg, Cal: 12, Model: Pump Shotgun, SN: L254637;

105.   Springfield Armory, Geneseo, IL, Cal: 30-06, Model: 1917, SN: 1180543;

106.   KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q73;

107.   KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q74;

108.   KelTec, CNC Industries, Inc., Cal: **, Model: SU-16, SN: N3Q88;

109.   Winchester, Cal: 25-20, Model: 1892, SN: 857823;

110.   Winchester, Cal: 38-55, Model: Win Lever, SN: CCH3965;

111.   Browning, Cal: 12, Model: Light Twelves, SN: 71G90674;

112.   Savage, Cal: 30-06, Model: Bolt Action, SN: F521473;

113.   Unknown Manufacturer, Cal: 20, Model: 2743-M, SN: 47605;

114.   Ruger, Cal: **, Model: 10-22, SN: 258-55291;

115.   Walther, Cal: 380, Model: PPK/S, SN: 7372BAD;

116.   Glock GMBH, Cal: 40, Model: 27, SN: DZD656;

117.   KelTec, CNC Industries, Inc., Cal: 223, Model: SU-16, SN: N3J18;

118.   Browning, Cal: 22, Model: Long Rifle, SN: 19715RT146;

119.   Remington Arms Company, Inc., Cal: 22, Model: None, SN: None;

120.   Winchester, Cal: 30-30, Model: 94AE, SN: None;

121.   Unknown Manufacturer, Cal: 44, Model: Model 98, SN: 45755;

122.   Unknown Manufacturer, Cal: 30, Model: M-1 Carbine, SN: 3879925;

123.   Mossberg, Cal: 12, Model: 495T, SN: 1261202;

124.   Remington Arms Company, Inc., Cal: 22, Model: Field Master 572, SN: None;

125.   Winchester, Cal: 12, Model: 1200, SN: L1286401;

126.   Winchester, Cal: 30, Model: 94AE, SN: 5232074;

127.   Savage, Cal: 22, Model: 22 Long Rifle, SN: V0789;

128.   Marlin Firearms Co., Cal: 22, Model: 60, SN: 25428522;

129.   Parker-Hale, Cal: 30, Model: Unknown, SN: 48094;

130.   Remington Arms Company, Inc. Cal: 243, Model: 700, SN: 6543936;

131.   Savage, Cal: 12, Model: None, SN: A259423;

132.   Remington Arms Company, Inc., Cal: 22, Model: 552, SN: A1408056;

133.   Egypt, Cal: 762, model: Hakin, SN: 41699;

134.   Winchester, Cal: 20, Model: 300, SN: Q80586;

135.   Ruger, Cal: ZZ, Model: 10/22 Carbine, SN: 160699;

136.   Marlin Firearms Co., Cal: 22, model: 783, SN: 22685288;

137.   Ruger, Cal: 22, Model: M-77, Mark II, SN: 785-03811;

138.   Winchester, Cal: 30-30, Model: 94, SN: 4489582;

139.   Browning, Cal: 12, Model: Light Twelve, SN: 05401RT211;

140.   Marlin Firearms Co., Cal: 450, Model: 1895M, SN: 00080303;

141   Winchester, Cal: 12, Model: 1300, SN: L2895533;

142.   Mauser, Cal: 8, Model: 1891, SN: N5195;

143.   Weatherby, Cal: 12, Model: Orion, SN: E008639;

144.   Ruger, Cal: 223, Model: Mini 14, SN: 186-94515;

145.   Browning, Cal: 270, Model: A-Bolt, SN: 87068NX717;

146.   Winchester, Cal: 30, Model: 94, SN: USA02798;

147.   Winchester, Cal: 12, Model: 1300, SN: L2676696;

148.   Smith & Wesson, Cal: 38, Model: 10-7, SN: 9D74478;

149.   Erma Werke GMBH, Cal: 22, Model: Luger Carbine, SN: 15530;

150.   Smith & Wesson, Cal: 38, Model: None, SN: 206971;

151.   Colt, Cal: 45, Model: Double Eagle, SN: DAP085;

152.   Unknown Manufacturer, Cal: 32, Model: 1085, SN: 184007;

153.   Colt, Cal: 32-20, Model: Police, SN: 244038;

154.   Colt, Cal: 32, Model: None, SN: 332936;

155.   Colt, Cal: 32, Model: None, SN: 445132;

156.   Colt, Cal: 38, Model: 1878 DA, SN: 127306;

157.   Fie, Cal: 25, Model: Titan, SN: A48340;

158.   High Standard, Cal: 22, Model: H-D Military, SN: 221956;

159.   Smith & Wesson, Cal: 22, Model: 53, SN: K474447;

160.   High Standard, Cal: 25, Model: Double Nine, SN: 1833898;

161.   Charter Arms, Cal: 38, Model: Undercover, SN: 495740;

162.   Nambu, Cal: **Model: Unknown, SN: 69491;

163.   Harrington and Richardson, Cal: 38, Model: None, SN: 40768;

164.   Smith & Wesson, Cal: 38, Model: Model 15-3, SN: 3K37289;

165.   Smith & Wesson, Cal: 38, Model: None, SN: C107502;

166. Magnum Research, Inc., Cal: 357, Model: Desert Eagle, SN: 12528;

167. Smith & Wesson, Cal: 2, Model: .22 LR, SN: K36525;

168. Herbert Schmidt, Cal: 22, Model: HS21, SN: 752033;

169. Colt, Cal: 25, Model: Unknown, SN: 328814;

170. Raven Arms, Cal: 25, Model: P-25, SN: 091950;

171. Charter Arms, Cal: 22, Model: AR-7, SN: A125399;

172. Remington Arms Company, Inc., Cal: 30-06, Model: 742, SN: 226117;

173. Maverick Arms (Eagle Pass, TX), Cal: 12, Model: 88, SN: MV53145B;

174. Marlin Firearms Co., Cal: 22, Model: 60, SN: 04175369;

175. Remington Arms Company, Inc., Cal: 12, Model: 58, SN: 39140U;

176. Winchester, Cal: 30-30, Model: 94, SN: 4988431;

177. Russian, Cal: **, Model: 1937, SN: 243410;

178. Russian, Cal: 762, Model: SKS-45, SN: RL017965;

179. Remington Arms Company, Inc., Cal: 12, Model: 870, SN: V772914U;

180. Marlin Firearms Co., Cal: 22, Model: 60, SN: 71448628;

181. Ruger, Cal: 223, Model: Mini-14, SN: 186-95032;

182. Winchester, Cal: 270, Model: Bolt Action, SN: G1939017;

183. BOITO/ER Amantino/IGA, Cal: 20, Model: SB20, SN: 30-41989A;

184. Western Arms Co., Cal: 12, Model: Unknown, SN: G541528;

185. Lefever, Cal: 410, Model: Nitro Special, SN: 268509;

186. Remington Arms Company, Inc., Cal: 12, Model: 110, SN: L070737V;

187. Marlin Firearms Co., Cal: 22, Model: 5, SN: 15302480;

188. Vickers Limited, Cal: 20, Model: 707, SN: 5479;

189. Remington Arms Company, Inc., Cal: 30-06, Model: 740, SN: J715820;

190. Winchester, Cal: 348, Model: 71, SN: 22204;

191. Unknown Manufacturer, Cal: 12, Model: Unknown, SN: AL2;

192. Mossberg, Cal: 410, Model: 500E, SN: L999093;

193. Heckler and Koch, Cal: 45, model: USP45, SN: 25-005266; and

1    194.    Ammunition: Qty.: 100, MNF: Assorted, Cal: ZZ.IT IS SO ORDERED.

2  **Dated:**    **July 23, 2007**                         **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE