UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>193 MISCELLANEOUS FIREARMS AND<br>MISCELLANEOUS AMMUNITION SEIZED<br>ON JUNE 21, 2006,<br><br>　　　　　　Defendant. | 1:07-CV-15 OWW SMS<br><br>**ORDER DISMISSING ACTION** |

　　　　Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a)(1),

　　　　IT IS HEREBY ORDERED that this matter is dismissed without prejudice. Each party to bear their own costs and attorney fees.


IT IS SO ORDERED.

**Dated:　September 10, 2008**　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE